IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Tiffany Chabot
PO Box 675
Walkersville, MD 21793                                  Civil Action No:
      Plaintiff,

v.

Equifax
1550 Peachtree Street, NW
Atlanta, GA 30309
      Defendant,

CSC Lawyers Incorporating Service
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
      Resident Agent for the Defendant

### PLAINTIFF TIFFANY CHABOT'S MOTION FOR LEAVE OF THE COURT TO FILE TO SEAL EXHIBITS

Now comes the Plaintiff Tiffany Chabot, Pro Se and ask the court to grant Tiffany Chabot's motion to be seal exhibits under Maryland L.R. 133.

1. The exhibits in this case pertain to the Plaintiff's consumer credit report and are justified in sealing all of the exhibits filled in this case.

2. Some of the exhibits show the account numbers, social security numbers of the Plaintiff.

3. The Plaintiff sees no alternatives but to seal the exhibits and all other alternatives would not provide sufficient protection.

WHEREFORE, Tiffany Chabot requests the court to grant leave to seal the exhibits in this case.

*Tiffany Chabot* 6/24/13

Tiffany Chabot
PO Box 675
Walkersville, Maryland 21793