**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TIFFANY CHABOT | * | |
| v. | * | Civil Action No. CCB-13-1856 |
| EQUIFAX | * | (Consolidated with: CCB-13-1847 |
| | | and CCB-13-1857) |

**SETTLEMENT ORDER
(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

The court entered a Local Rule 111 Settlement Order (ECF No. 26) on November 14, 2013 in case CCB-13-1847 and approved a Stipulation of Dismissal (ECF No. 28) filed in case CCB-13-1857.  Following entry of this Order, the Clerk is directed to CLOSE all three case numbers listed above.

Date: January 15, 2014

_____/s/_____
Catherine C. Blake
United States District Judge